448 A.2d 645

McTighe, et al., Appellants v. Burke, et al.
Reargument Denied Aug. 20, 1982.

Argued February 22, 1982. Desmond J. McTighe, for appellants; Marc H. Jaffe, for appellees.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Order affirmed.